UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. '21 MJ04354 |
| Plaintiff, | |
| v. | COMPLAINT FOR VIOLATION OF: |
| | Title 8, USC 1324(a)(1)(A)(ii) Transportation of Illegal Aliens |
| Paul Mackeins SANCHEZ-Peraza, | Title 18, USC 111(a)(1) Assault on a Federal Officer |
| Defendant. | |

The undersigned complainant being, duly sworn, states:

COUNT ONE

On or about November 4, 2021, within the Southern District of California, defendant, Paul Mackeins SANCHEZ-Peraza, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Armando ROMERO-Galvan and D.J.G. (Juvenile), had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

## COUNT TWO

On or about November 04, 2021, within the Southern District of California, defendant, Paul Mackeins SANCHEZ-Peraza, did intentionally and forcibly assault, a person named in 18 U.S.C. Section 1114, to wit a Department of Homeland Security, United States Customs and Border Protection, United States Border Patrol Agent, while the Officer was engaged in the performance of his official duties to wit; using his hands, attempted to strike at the Officer; in violation of Title 18, United States Code, Section 111(a)(1) a misdemeanor.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Jon Bowen
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON NOVEMBER 5, 2021

_____
HON. ALLISON H. GODDARD
United States Magistrate Judge

CONTINUATION OF COMPLAINT:
Paul Mackeins SANCHEZ-Peraza

## PROBABLE CAUSE STATEMENT

The complainant states that D. J. G. (a Juvenile) and Armando ROMERO-Galvan are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On November 4, 2021, Border Patrol Agents M. Gonzalez, N. Magos, M. Smith, J. Lopez and C. Staples were all performing their assigned duties within the Boulevard Border Patrol Station's area of responsibility. Border Patrol Agent L. Waters was performing his assigned duties in the Campo Border Patrol Station's area of responsibility. Agents Gonzalez, Smith, Lopez, Staples, and Waters were all in plain clothes and were driving unmarked Border Patrol vehicles. Agent Gonzalez was wearing his agency issued body armor with insignia and badge clearly displayed. Agent Magos was in full rough duty uniform and was driving a marked Border Patrol vehicle with functioning emergency lights and siren.

At approximately 8:55 AM, Agent Gonzalez was driving on Old Highway 80 near Ribbonwood Road when he observed a driver of a dark grey Ford Explorer travel from Ribbonwood Road onto eastbound Old Highway 80. Agent Gonzalez witnessed the driver's irregular travel pattern and notified other agents of his observations. Agents observed the Explorer drive south onto a property known to Border Patrol agents as "Oak Tree Cut." Two individuals were seen walking up alongside the Explorer, and then the Explorer drove back onto Old Highway 80 eastbound at a high rate of speed. Agent Staples relayed his observations to the agents working in the area.

Agents Gonzalez requested a marked Border Patrol vehicle to assist with a vehicle stop. At approximately 9:14 AM, Agent Magos responded and activated his emergency lights and siren. The driver of the Explorer failed to yield and agents engaged in a pursuit eastbound on Old Highway 80. At approximately 9:15 AM, Agent Lopez successfully deployed a Controlled Tire Deflation Device. The Explorer continued driving eastbound at a high rate of speed making its way westbound on Interstate 8. At approximately 9:22 AM, Agent Waters successfully deployed a second Controlled Tire Deflation Device, ending the pursuit.

Agent Smith arrived on scene, identified himself as a Border Patrol agent and instructed the driver, later identified as the defendant, Paul Mackeins SANCHEZ-Peraza, to exit the vehicle. SANCHEZ did not comply and refused to exit the vehicle. Agent Gonzalez helped Agent Smith pull SANCHEZ from the vehicle and get him to the ground. Agent Magos arrived to

CONTINUATION OF COMPLAINT:
Paul Mackeins SANCHEZ-Peraza

assist and SANCHEZ started flailing his arms at Agent Magos, striking him in his vest and knocking some of his equipment off. Agent Magos deployed two closed fist strikes to SANCHEZ's torso to get him to stop assaulting him, and was able to detain SANCHEZ in handcuffs.

Agent Gonzalez conducted an immigration inspection on the two passengers, later identified as material witnesses, D. J. G. (a Juvenile) and Armando ROMERO-Galvan. Both D. J. G. and ROMERO stated that they are citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. At approximately 9:25 AM, Agent Gonzalez placed D. J. G. and ROMERO under arrest. At that time, Agent Smith then placed SANCHEZ under arrest.

The defendant, SANCHEZ, was notified of his Miranda rights. SANCHEZ stated that he understood his rights and agreed to make a statement without an attorney present. SANCHEZ confirmed this was his third time getting arrested for smuggling. SANCHEZ confirmed he did have individuals in the car both times prior to this event. SANCHEZ then stated that he wanted his attorney before he would answer anymore questions.
All questioning ceased at this time. The interview ended at approximately 4:28 PM.

Material witnesses, D. J. G. and ROMERO, admitted to being citizens of Mexico, without any documents that would allow them to enter or remain in the United States legally. D. J. G. stated that ROMERO made the smuggling arrangements. D.J.G. and ROMERO stated that they were going to pay between $9,000 to $9,200 USD if successfully smuggled into the United States. D. J. G. and ROMERO stated they crossed through the mountains near Baja California. D. J. G. and ROMERO stated a dark grey sport utility vehicle stopped near their location and they entered the vehicle. D. J. G. and ROMERO stated that they entered the vehicle. D. J. G. and ROMERO stated that SANCHEZ drove at high speeds until Border Patrol pulled them over. D. J. G. and ROMERO were shown a photographic lineup. D.J.G. positively identified SANCHEZ as the driver of the vehicle.